IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHAINE ALAN BOOTH                                                                PLAINTIFF

vs.                                       Civil No. 6:11-cv-06018

MICHAEL J. ASTRUE                                                                DEFENDANT
Commissioner, Social Security Administration

# J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 5th day of April, 2012.**

s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE